LAW OFFICES OF ALAN J. COHEN
ALAN J. COHEN [SBN 102644]
1880 Century Park East, Suite 315
LOS ANGELES, CALIFORNIA 90067-1631
Telephone: (424) 210-3391 / Facsimile: (310) 552-9024
acohen@cohenlawla.com

COLUCCI & UMANS
FRANK J. COLUCCI (*To Be Admitted Pro Hac Vice*)
fcolucci@colucci-umans.com
DAVID M. DAHAN (*To Be Admitted Pro Hac Vice*)
ddahan@colucci-umans.com
GREGORY J. COLUCCI (*To Be Admitted Pro Hac Vice*)
gcolucci@colucci-umans.com
218 East 50th Street
New York, New York  10022
Telephone: (212) 935-5700 / Facsimile: (212) 935-5728

GRAZIADEI & ASSOCIATES
JOHN H. GRAZIADEI (*To Be Admitted Pro Hac Vice*)
The Seagram Building
375 Park Avenue, Suite 2607
New York, New York 10152
Telephone: (212) 256-1026 / Facsimile: (212) 256-1028
john.graziadei@graziadeilaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELP ME SEE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELP ME SEE BETTER, a California corporation; QUICKCYCLE CONSULTING, LLC, a California limited liability company; and RICHARD PARENTEAU, an individual,<br><br>Defendants. | **Civil Action No.**<br><br>**COMPLAINT FOR:**<br><br>**1) TRADEMARK INFRINGEMENT;**<br>**2) UNFAIR COMPETITION, TRADEMARK DILUTION**<br>**3) DECEPTIVE TRADE PRACTICES**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, HELP ME SEE, INC., a Delaware corporation, by its attorneys, for its complaint against Defendants, HELP ME SEE BETTER, a California corporation, QUICKCYCLE

CONSULTING, LLC, a California limited liability corporation, and RICHARD PARENTEAU, an individual, alleges as follows:

## NATURE OF THE ACTION

1.    Plaintiff, HELP ME SEE, INC., was formed in 2010 and was registered as a 501(c)(3) non-profit tax exempt organization recognized by the IRS in August 2010.  Plaintiff adopted and began using in interstate commerce the service mark and trade name **HELP ME SEE** (the "Mark") in 2010. **HELP ME SEE** is a registered Mark with the United States Patent and Trademark Office under Registration No. 4,436,009 issued on November 19, 2013.  Attached hereto as Exhibit "1" and incorporated herein by reference is a true and correct copy of said Registration.  Plaintiff has a distinct reputation under the **HELP ME SEE** Mark and name not only in the United States, but also worldwide.  Plaintiff's mission through its **HELP ME SEE** campaign is to eliminate blindness caused by cataracts in the next 20 years through the delivery of an estimated 70 million surgeries to populations living in over 80 developing countries, where cataract blindness is endemic.  A quick effective surgery can restore sight to someone in as little as 5 minutes.  Plaintiff's Mark and name **HELP ME SEE** is a famous Mark not only in the United States, but also worldwide.  It is entitled to broad protection under the U.S. Trademark Law as a well known and famous mark.  Attached hereto collectively as Exhibit "2" and incorporated herein by reference are true and correct copies of information on Plaintiff's website describing the foregoing.

2.    With full knowledge of Plaintiff's well known and famous name and Mark **HELP ME SEE**, Defendant, RICHARD PARENTEAU, adopted and applied for registration in the United States Patent and Trademark Office on March 17, 2015, based upon an intent to use the trademark "HELP ME SEE BETTER" for eye testing machines and apparatus, and on June 14, 2015, also based upon an intent to use the trademark "HELP ME SEE" (without the word "BETTER") for the same eye testing machines and apparatus.  The March 17, 2015 Application is Serial No. 86/566,824 and the June 14, 2015 Application is Serial No. 86/661,947.  Attached hereto as respective Exhibits "3" and "4" are

2

true and correct copies of said Applications. The March 17, 2015 Application has been published for opposition by the United States Patent and Trademark Office. Anyone wishing to oppose this Application has until September 10, 2015 to do so. Otherwise the Application will be sent by the United States Patent and Trademark Office for issuance of a registration. Plaintiff opposed this Application on September 8, 2015. The other Application is still pending at the examination level. However, if and when it is published, Plaintiff intends to also oppose that Application as well on the basis that both of Defendants' marks HELP ME SEE BETTER and HELP ME SEE constitute infringements of Plaintiff's prior Registration No. 4,436,009 of **HELP ME SEE**, Exhibit "1" hereto.

3.  Defendants, by forming a corporation with the name HELP ME SEE BETTER, INC. virtually identical to Plaintiff's corporate name HELP ME SEE, INC., together with the two intent to use Applications, Exhibits "3" and "4" hereto, focus exclusively on Plaintiff's registered **HELP ME SEE** Mark and name, such that consumers are likely to be confused or deceived into believing that Defendants and Defendants' eye testing machines and apparatus are connected or associated with Plaintiff and its world famous **HELP ME SEE** services in the field of vision correction. Defendants invite the confusion by repeatedly emphasizing HELP ME SEE in their name and on their goods themselves.

4.  The primary purpose of this civil action is to obtain injunctive relief to stop Defendants from their deliberate and intentional infringement and dilution of Plaintiff's **HELP ME SEE** Mark and trade name and from engaging in acts of unfair competition by falsely implying that Defendants' use of Plaintiff's identical Mark and trade name **HELP ME SEE** as part of Defendants' applied for trademarks is associated with Plaintiff and its long prior and continuous use of its well known and famous **HELP ME SEE** Mark and trade name. Unless Defendants are enjoined from further misappropriation of Plaintiff's goodwill, Plaintiff will suffer substantial and irreparable harm.

## THE PARTIES

5.  Plaintiff, HELP ME SEE, INC., is a Delaware corporation, having its office and

principal place of business at 20 West 36th Street, Suite 701, New York, New York 10018-8005.

6.     Defendant, HELP ME SEE BETTER, is a California corporation, having its office and principal place of business at 518 Kinross Court, Sunnyvale, California 94087-4615.

7.     Defendant, QUICKCYCLE CONSULTING, LLC, is a California limited liability company, having its office and principal place of business at 518 Kinross Court, Sunnyvale, California 94087.

8.     Defendant, RICHARD PARENTEAU, is an individual, President of Defendants, HELP ME SEE BETTER, INC. and QUICKCYCLE CONSULTING, LLC, and upon information and belief is a citizen and resident of the City of Sunnyvale, State of California.

### JURISDICTION AND VENUE

9.     This Court has original jurisdiction over Plaintiff's federal claims and the subject matter of this action pursuant to 28 USC. §§ 1331 and 1338(a) and (b), and 15 U.S.C. § 1121.  In addition, this Court has pendent jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

10.    This Court has personal jurisdiction over Defendants in that they do business in the State of California and in this District.

11.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) because the acts and transactions complained of out of which the claims asserted herein arise, have occurred, are occurring, and unless enjoined will continue to occur in this District, and all Defendants are subject to personal jurisdiction in this judicial district, and reside in this District for purposes of venue.

### FACTS COMMON TO ALL CLAIMS

12.    Long prior to the acts of Defendants alleged herein, Plaintiff adopted and has continuously used since 2010 the trade name and Mark **HELP ME SEE HELPING THE BLIND SEE.** and Design on and in connection with (a) educational services in the field of vision correction, namely, the standardized training of medical professionals for clinics and treatment programs and for charitable services in the field of vision correction, namely, the arrangement of vision correction

4

services to individuals in need by trained third party medical professionals, as reflected by Exhibit "1" hereto, and Plaintiff's website, *www.helpmesee.org*.

13.     Plaintiff is the record owner of the registered Mark and trade name **HELP ME SEE HELPING THE BLIND SEE.** and Design, as reflected in Exhibit "1" hereto, Registration No. 4,436,009, registered on November 19, 2013 in the United States Patent and Trademark Office.  Said registration is valid, subsisting, and in full force and effect.

14.     As a result of Plaintiff's humanitarian work and services not only in the United States, but also worldwide, the public and the medical profession have come to identify and associate the **HELP ME SEE** Mark and trade name with Plaintiff as the source or origin of such services as a means of distinguishing such services from similar services of other companies.

15.     As a result of Plaintiff's extensive use of its services to correct the eyesight of hundreds of thousands of otherwise blind men, women and children throughout the world and because of the superior quality of such services Plaintiff's name and Mark has become a well known and famous mark, and has acquired widespread secondary meaning and goodwill of inestimable value.

## DEFENDANTS' INFRINGING USE OF

## PLAINTIFF'S HELP ME SEE MARK

16.     On March 17, 2015, Defendants adopted and filed an Application for registration of the trademark HELP ME SEE BETTER with the United States Patent and Trademark Office and again on June 14, 2015, they adopted and filed an Application with the United States Patent and Trademark Office to register the trademark HELP ME SEE, both for eye testing machines.  Both Applications were based upon a bona fide intention to use the marks in the United States.

17.     On or about August 28, 2015, Plaintiff, through its counsel, John Graziadei, called upon Defendants' President, RICHARD PARENTEAU, stating that the aforesaid Applications are infringements of Plaintiff's **HELP ME SEE** Mark and trade name, and requested that Defendants withdraw their Applications and discontinue any intent to use the marks covered by the Applications

in order to avoid confusion with Plaintiff's prior used and registered **HELP ME SEE** Mark, as well as to avoid litigation over Defendants' use of the identical Mark for eye testing machines and apparatus. Defendants' President refused stating that he did not see any issues.

18.     On August 11, 2015, the United States Patent and Trademark Office accepted Defendants' HELP ME SEE BETTER Application Serial No. 86/566,824, and passed it to publication in the Official Gazette of the Patent and Trademark Office, the purpose for which is to determine whether there is anyone who believes the mark should not be registered and, if so, to file an opposition to its registration within 30 days of the date of publication, in this case by September 10, 2015.

19.     On September 8, 2015, Plaintiff filed a Notice of Opposition to Defendants' Application to register HELP ME SEE BETTER Application Serial No. 86/566,824.  A true and correct copy of the Notice of Opposition, as filed, is attached hereto as Exhibit "5" and incorporated herein by reference.

20.     Defendants have knowingly and willfully used, reproduced and/or copied Plaintiff's **HELP ME SEE** registered Mark and trade name.  As a result, Defendants' use of HELP ME SEE virtually identical to Plaintiff's use and registration of its Mark **HELP ME SEE** creates a likelihood of confusion that Defendant's goods are associated or connected with Plaintiff, which is false and fraudulent.

21.     Defendants' use of **HELP ME SEE** with or without "BETTER" or any other word or design dilutes the distinctive quality of Plaintiff's famous **HELP ME SEE** Mark and name.

22.     Defendants' conduct has caused and will continue to cause irreparable injury to Plaintiff unless enjoined by this Court.  Plaintiff has no adequate remedy at law.

///

///

///

## COUNT ONE

### FEDERAL TRADEMARK INFRINGEMENT – 15 U.S.C. § 1114

23.     Plaintiff repeats and incorporates herein by reference each and every one of the allegations contained in Paragraphs 1 through 22, inclusive, of this complaint as though fully set forth herein.

24.     Without Plaintiff's authorization or consent, and having knowledge of Plaintiff's well known and prior rights in the **HELP ME SEE** Mark, and the fact that Defendants' marks HELP ME SEE and HELP ME SEE BETTER are confusingly similar to Plaintiff's **HELP ME SEE** Mark, Defendants intend to offer their goods to the consuming public in a manner that is likely to cause confusion, mistake or deception as to the true source or sponsorship of Defendants' goods.

25.     Defendants' use of marks that infringe Plaintiff's **HELP ME SEE** Mark is likely to cause and is causing confusion, mistake and deception among the general public as to the origin of the Defendants' HELP ME SEE infringing goods and is likely to deceive the public into believing that the Defendants' infringing goods originate from, are associated with or otherwise originate from or are associated with or authorized by Plaintiff, all to the damage and detriment of its **HELP ME SEE** registered Mark.

26.     Defendants' above-described actions constitute infringement of Plaintiff's **HELP ME SEE** registered Mark in violation of its rights under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

## COUNT TWO

### FEDERAL UNFAIR COMPETITION/FALSE

### DESIGNATION OF ORIGIN – 15 U.S.C. § 1125(a)

27.     Plaintiff repeats and incorporates herein by reference each and every one of the allegations contained in Paragraphs 23 through 26, inclusive, of this complaint as though fully set forth herein.

7

28.     The unauthorized use of Plaintiff's **HELP ME SEE** Mark and trade name by Defendants in interstate commerce misrepresents and falsely describes to the general public the origin and source of the infringing goods and creates a likelihood of confusion among purchasers as to both the source and ownership of such goods.

29.     Defendants' unlawful, unauthorized and unlicensed offering for sale and/or sale of goods bearing the name and trademark HELP ME SEE creates express and implied misrepresentations that falsely imply Plaintiff's authorization or approval of Defendants' goods, all to Defendants' profits and Plaintiff's damages.

30.     Defendants' false, misleading and infringing activities are likely to cause confusion among the general public as well as the medical profession as to the origin or sponsorship of Defendants' infringing goods.

### COUNT THREE

### FEDERAL TRADEMARK DILUTION – 15 U.S.C. § 1125(c)

31.     Plaintiff repeats and incorporates herein by reference each and every one of the allegations contained in Paragraphs 27 through 30, inclusive, of this complaint as though fully set forth herein.

32.     Plaintiff's **HELP ME SEE** Mark and name is famous and well known throughout the United States, as well as outside the United States within the meaning of 15 U.S.C. § 1125(c).

33.     Plaintiff's **HELP ME SEE** Mark and name has been well known and famous prior to Defendants' adoption and use of the identical mark and name for similar goods and/or services.

34.     Defendants' above-described unlawful and infringing activities have caused or are likely to cause dilution of the distinctive quality of the famous **HELP ME SEE** Mark in violation of Plaintiff's rights under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

///

1

## COUNT FOUR

2

## TRADE NAME INFRINGEMENT

3

4

35.    Plaintiff repeats and incorporates herein by reference each and every one of the

5

allegations contained in Paragraphs 31 through 34, inclusive, of this complaint as though fully set

6

forth herein.

7

36.    Defendants have affixed, applied and used or intends to affix, apply and use the mark

8

and name HELP ME SEE in connection with the offering for sale and sale of Defendants' eye testing

9

machines and apparatus in interstate commerce in the United States, all to the damage and detriment

10

of Plaintiff's **HELP ME SEE** registered Mark.

11

37.    Defendants have improperly taken orders for such machines and apparatus bearing the

12

trade name HELP ME SEE with the intent to cause confusion and mistake, to deceive and mislead the

13

general public and/or medical profession to improperly appropriate Plaintiff's valuable trade name

14

rights in its trade name **HELP ME SEE**.

15

38.    The acts of Defendants described herein were undertaken without the permission,

16

license or consent of Plaintiff and have caused and are causing damage to Plaintiff.

17

39.  The acts of Defendants described herein are likely to cause confusion, or to cause mistake

18

or to deceive as to the affiliation, connection or association of Defendants with Plaintiff, or as to the

19

origin, sponsorship or approval of Defendants' goods or commercial activities, all in violation of

20

21

Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

22

40.    By reason of the acts of Defendants alleged herein, Plaintiff has and will suffer

23

irreparable damage to its reputation as well as a loss of sales and profits of its services that Plaintiff

24

would have made, but for the said acts of Defendants.

25

## PRAYER FOR RELIEF

26

WHEREFORE, Plaintiff prays for the following relief:

27

28

9

1.     That Defendants, their officers, agents, servants, employees and attorneys, and all those acting in active concert or participation with them or any of them, be preliminarily and permanently enjoined and restrained from the following activities:

(a)     Using in any manner the Marks and/or names that infringe upon Plaintiff's **HELP ME SEE** Mark, as to be likely to cause confusion, deception, or mistake on or in connection with the manufacturing, advertising, distributing, offering for sale, or selling of any goods or services not Plaintiff's or not authorized by Plaintiff to be sold in connection with any goods or services of Plaintiff;

(b)     Passing off, inducing, or enabling others to sell or pass off any goods as and for goods produced by Plaintiff, that are not Plaintiff's or not produced under the control and supervision of Plaintiff and approved by Plaintiff for sale under the **HELP ME SEE** Mark;

(c)     Producing, buying, selling, transferring, using or handling labels or other markings referring or relating in any way to Plaintiff or its Marks;

(d)     Infringing Plaintiff's **HELP ME SEE** Mark on or in connection with the advertising, offering for sale, or sale of any goods or services;

(e)     Representing, suggesting or committing any acts calculated to cause purchasers to believe that the Defendants' goods are those sold under the control and supervision of Plaintiff or sponsored or approved by, or connected with or guaranteed by, or produced under the control and supervision of Plaintiff by Plaintiff or that Defendants have any relationship whatsoever, whether direct or indirect with Plaintiff;

(f)     Otherwise competing unfairly with Plaintiff;

(g)     Further diluting and infringing Plaintiff's famous **HELP ME SEE** Mark and damaging Plaintiff's goodwill; and

(h)     Engaging in deceptive trade practices.

2.     That Defendants be required forthwith to deliver up for destruction its entire inventory

10

of any infringing goods and any advertising or promotional materials and labels or hangtags bearing the **HELP ME SEE** Mark or name or a confusingly similar copy thereof;

3.      That Defendants be ordered pursuant to 15 U.S.C. § 1116(a) to file with the Court and serve upon Plaintiff, within thirty (30) days of the entry of the injunction prayed for herein, a report in writing under oath setting forth in detail the form and manner in which they have complied with the permanent injunction;

4.      That Defendants be required, pursuant to 15 U.S.C. § 1117, to account to Plaintiff for any and all profits derived by Defendants, and for all damages sustained by Plaintiff by reason of Defendants' acts complained of herein and that the amount of damages for infringement of Plaintiff's **HELP ME SEE** Mark be increased by a sum not exceeding three times the amount thereof as provided by law;

5.      That Defendants be ordered to pay Plaintiff's punitive damages in a sum to be determined at trial on the basis of deliberate and intentional infringement, unfair competition, dilution and fraud;

6.      That, pursuant to 15 U.S.C. § 1117, Plaintiff have and recover from Defendants all of Plaintiff's reasonable attorneys' fees, costs and disbursements of this civil action; and

7.      That Plaintiff have such other and further relief as the Court may deem just and proper.


Dated:       September 9, 2015          LAW OFFICES OF ALAN J. COHEN

                                        By:    /S/  Alan J. Cohen

                                            Alan J. Cohen, Bar [SBN 102644]
                                            1880 Century Park East, Suite 315
                                            Los Angeles, California 90067-1631
                                            Telephone: (424) 210-3391
                                            acohen@cohenlawla.com

11

Help Me See\Complaint.docx                          **COMPLAINT; DEMAND FOR JURY TRIAL**

COLUCCI & UMANS
FRANK J. COLUCCI (*To Be Admitted Pro Hac Vice*)
fcolucci@colucci-umans.com
DAVID M. DAHAN (*To Be Admitted Pro Hac Vice*)
ddahan@colucci-umans.com
GREGORY J. COLUCCI (*To Be Admitted Pro Hac Vice*)
gcolucci@colucci-umans.com
218 East 50th Street
New York, New York 10022
Telephone:  (212) 935-5700

GRAZIADEI & ASSOCIATES
JOHN H. GRAZIADEI (*To Be Admitted Pro Hac Vice*)
The Seagram Building
375 Park Avenue, Suite 2607
New York, New York 10152
Telephone:  (212) 256-1026
john.graziadei@graziadeilaw.com

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule 38(d), Plaintiff hereby demands a jury trial on all issues triable that are raised by this complaint.

Date:  September 9, 2015          LAW OFFICES OF ALAN J. COHEN

By:  /S/  Alan J. Cohen _____

Alan J. Cohen, Bar [SBN 102644]
1880 Century Park East, Suite 315
Los Angeles, California 90067-1631
Telephone: (424) 210-3391
acohen@cohenlawla.com

COLUCCI & UMANS
FRANK J. COLUCCI (*To Be Admitted Pro Hac Vice*)
fcolucci@colucci-umans.com
DAVID M. DAHAN (*To Be Admitted Pro Hac Vice*)
ddahan@colucci-umans.com
GREGORY J. COLUCCI (*To Be Admitted Pro Hac Vice*)
gcolucci@colucci-umans.com
218 East 50th Street
New York, New York 10022
Telephone:  (212) 935-5700

12

GRAZIADEI & ASSOCIATES
JOHN H. GRAZIADEI *(To Be Admitted Pro Hac Vice)*
The Seagram Building
375 Park Avenue, Suite 2607
New York, New York 10152
Telephone:  (212) 256-1026
john.graziadei@graziadeilaw.com

Help Me See\Complaint.docx                    **COMPLAINT; DEMAND FOR JURY TRIAL**

# EXHIBIT "1"

# United States of America

### United States Patent and Trademark Office

# HelpMeSee

## Helping the blind see.

**Reg. No. 4,436,009**
**Registered Nov. 19, 2013**

**Int. Cls.: 41 and 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HELP ME SEE INC. (DELAWARE CORPORATION)
20 WEST 36TH STREET, SUITE 701
NEW YORK, NY 100188005

FOR: EDUCATIONAL SERVICES IN THE FIELD OF VISION CORRECTION, NAMELY, THE STANDARDIZED TRAINING OF MEDICAL PROFESSIONALS FOR CLINICS AND TREATMENT PROGRAMS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-18-2010; IN COMMERCE 8-18-2010.

FOR: CHARITABLE SERVICES IN THE FIELD OF VISION CORRECTION, NAMELY, THE ARRANGEMENT OF VISION CORRECTION SERVICES TO INDIVIDUALS IN NEED BY TRAINED THIRD PARTY MEDICAL PROFESSIONALS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 8-18-2010; IN COMMERCE 8-18-2010.

THE MARK CONSISTS OF THE WORDS "HELP ME SEE" WITH A SMILEY FACE IMAGE WHICH UTILIZES THE "EE" PORTION OF THE WORD "SEE" ABOVE A SMILE SHAPED LINE ALONG WITH THE WORDS "HELPING THE BLIND SEE.".

SER. NO. 85-892,005, FILED 4-1-2013.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**Exhibit 1**

# EXHIBIT "2"

HelpMeSee                                                                 Page 1 of 2



**GUIDESTAR EXCHANGE**
Gold Participant                (http://www.guidestar.org/organizations/27-3207754/help-me-see.aspx)

**GIVE NOW**
**(https://helpmesee.org/givenow**

**LEARN MORE**
(http://helpmesee.org/)

Together, We Can Eliminate
Cataract Blindness!

All We Need is You

HELP NOW
(https://helpmesee.org/?
cmp=HO141211XXXXXXXX

## Together, We Can Transform Lives.

51% of blindness around the world is due to untreated cataracts, and in many parts of the world, there is only 1 ophthalmologist per million people. But with your help, this problem can be solved!

More than 20 million people around the world are blind today due to untreated cataracts — simply because they lack access to a quick, effective surgery that can help restore their vision. In fact, untreated cataracts are the #1 cause of preventable blindness throughout the world. Yet...

## A quick, effective surgery can restore sight to someone in as little as 5 minutes.

## DONATE NOW (https://helpmesee.org/givenow/? cmp=HO141211XXXXXXXXOC)

As the only organization completely focused on eliminating cataract blindness, HelpMeSee is positioned to solve this avoidable problem. Using a proven model that combines community-based surgical efforts, creative business methodology and best practices to eliminate cataract blindness, HelpMeSee is providing a concrete solution to a very real problem.

Around the world there are millions who are needlessly blind from cataracts. **To help them, we need you (https://helpmesee.org/givenow/?cmp=HO141211XXXXXXXXOC)**.

**Exhibit 2**

 (http://helpmesee.org)

Helping the blind see.

# You make the difference in helping the blind see.

(http://www.guidestar.org/organizations/27-charitynavigator.

Please give now and help restore sight to more people in 20 developing countries suffering from preventable blindness caused by untreated cataracts. Together, we can help transform lives for good

1  Gift Amount     2  Your Information     3  Payment Information

| Give One Time |
| --- |
| Give Monthly |

$50 will cover 1 complete eye surgery for an adult.

| $50.00 | $100.00 | $350.00 |
| --- | --- | --- |

Other Amount

☐ I would like to make this gift In Honor or In Memory of a loved one.

**Your Information »**

(https://helpmesee.org/givenow)

f  (https://www.facebook.com/HelpMeSee)   🐦 (https://twitter.com/helpmesee)
8+ (https://plus.google.com/105868453324193142934/posts)   in (https://www.linkedin.com/company/helpmesee)
(https://www.youtube.com/user/HelpMeSeeTV)   (http://instagram.com/helpmesee)   GUIDESTAR EXCHANGE Gold Participant

(http://www.guidestar.org/organizations/27-3207754/help-me-see.aspx)

**Exhibit 2**

HelpMeSee

**The Problem (http://helpmesee.org/the-problem/)     The Solution (http://helpmesee.org/the-solution/)     Locations Around the World (http://helpmesee.org/locations-around-world/)     Give Now (https://helpmesee.org/givenow)**

©2014 HelpMeSee   Privacy Policy (http://helpmesee.org/about-us/privacy-policy/)   HelpMeSee is a 501(c)(3)

**Exhibit   2**



Helping the blind see.
(http://helpmesee.org)

Select [ Search ]        Search

[ Your email address ]        Get Updates

f  (https://www.facebook.com/HelpMeSee)
🐦  (https://twitter.com/helpmesee)
8+  (https://plus.google.com/116058061843400900290/posts)
🎬  (https://www.youtube.com/user/HelpMeSeeTV)
📷  (http://instagram.com/helpmesee)

The Problem    The Solution    Locations Around the World    About Us    News & Press (http://helpmesee.org/news-press/)

Ways to Help

   Give Now

(https://helpmesee.org/givenow/?

cmp=HW1509XXWGXXXUUUWG&utm_source=organic&utm_medium=header&utm_campaign=September

   Donate Page)

## Latest News & Press

### News & Press
(http://helpmesee.org/news-press/)

Press Kit
(http://helpmesee.org/news-press/press-kit/)

Photo and Video Gallery
(http://helpmesee.org/news-press/press-kit/photo-video-gallery/)

Media Inquiries
(http://helpmesee.org/news-press/media-inquiries/)

In the Press
(http://helpmesee.org/news-press/press-logos/)

Press Releases
(http://helpmesee.org/news-press/press-releases/)

RSS Feed
(http://helpmesee.org/news-press/rss-feed/)

**YOU MAKE THE DIFFERENCE IN RESTORING SIGHT NOW!**
(https://helpmesee.org/givenow/?cmp=HW1509XXWGXXXUUUWG&utm_source=organic&utm_medium=sidebar&utm_campaign=September%20Donate%20Page)

### HelpMeSee Wins Eleven Stevie® Awards In The 2015 International Business Awards (http://helpmesee.org/helpmesee-wins-eleven-stevie-awards-in-the-2015-international-business-awards/)

HelpMeSee was recognized with a Silver Stevie Award for Company of the Year in the nonprofit category. Other recognition included Gold Stevie Awards for...Read More » (a href=)

### HelpMeSee Reaches 200,000 Surgeries With Madagascar Campaign Launch (http://helpmesee.org/helpmesee-reaches-200000-surgeries-madagascar-campaign-launch/)

HelpMeSee has now supported 200,000 cataract surgeries globally since 2012. The campaign's milestone achievement coincides with the launch of operations in Madagascar... Read More » (http://helpmesee.org/helpmesee-reaches-200000-surgeries-madagascar-campaign-launch/)

### HelpMeSee Recieves United Nations Economic and Social Council Accreditation (http://helpmesee.org/helpmesee-recieves-united-nations-economic-and-social-council-accreditation/)

HelpMeSee was recently granted Special Consultative Status as an official non-governmental organization at the United Nations. The decision was made by the Economic and Social Council (ECOSOC) at its Coordination and Management meeting in July 2015... Read More » (http://helpmesee.org/helpmesee-recieves-united-nations-economic-and-social-council-accreditation/)

**Exhibit  2**

### HelpMeSee Wins Three Awards at the 34th Annual New England Direct Marketing Association Awards for Creative Excellence Show (http://helpmesee.org/?p=3086)

HelpMeSee was recognized with three awards at the 34th Annual NEDMA (New England Direct Marketing Association) Award Show this month in Boston, MA. HelpMeSee's awards included a Gold and Silver Award for donor acquisition campaigns and a Gold Award for donor renewal. Read More » (http://helpmesee.org/?p=3086)

### HelpMeSee Partners With the International Agency for Prevention of Blindness (IAPB) (http://helpmesee.org/?p=2993)

HelpMeSee has begun a member partnership with the International Agency for the Prevention of Blindness. HelpMeSee joins many other highly regarded public health organizations in this recognition. Read More » (http://helpmesee.org/?p=2993)

### HelpMeSee Medical Officer Provides Insight on the Cost Challenges of Cataract Surgery Worldwide (http://www.elsevier.es/en-revista-revista-mexicana-oftalmologia-321-articulo-affordability-of-cataract-surgery-using-90397733)

HelpMeSee Medical Officer for Latin America, Dr. Van Lansingh, co-authors a new paper on the cost challenges of cataract surgery worldwide. Read More » (http://www.elsevier.es/en-revista-revista-mexicana-oftalmologia-321-articulo-affordability-of-cataract-surgery-using-90397733)



Help restore sight to people in developing countries suffering from cataract blindness.

cmp=HW1509XXWGXXX

Share this  



f (https://www.facebook.com/HelpMeSee)   (https://twitter.com/helpmesee)
8+ (https://plus.google.com/116058661643400900290/posts)
in (https://www.linkedin.com/company/helpmesee)
(https://www.youtube.com/user/HelpMeSeeTV)
(http://instagram.com/helpmesee)

(http://www.guidestar.org/organizations/27-3207764/help-me-see.aspx)

The Problem (http://helpmesee.org/the-problem/)   The Solution (http://helpmesee.org/the-solution/)
Locations Around the World (http://helpmesee.org/locations-around-world/)
Give Now (https://helpmesee.org/givenow/?cmp=HW1509XXWGXXXUUUWG&utm_source=organic&utm_medium=footer&utm_campaign=September%20Donate%20Page)

Staff & Partners   Log In (https://partners.helpmesee.org/)

2014 HelpMeSee   Privacy Policy (/about-us/privacy-policy/)   HelpMeSee is a 501(c)(3)

**Exhibit** 2

Case3:15-cv-04107 Document1 Filed09/09/15 Page22 of 38

**Give now to provide a surgery that cures cataract blindness and restores a life.**

Join the HelpMeSee campaign with your gift now and help restore sight to people in developing countries suffering from preventable cataract blindness.





HelpMeSee is a registered 501(c)3 tax exempt organization
©2014 HelpMeSee

**HelpMeSee.org (http://helpmesee.org/)   About Us (http://helpmesee.org/about-us/)
Contact Us (http://helpmesee.org/about-us/contact-us/)**
Privacy Policy (http://helpmesee.org/about-us/privacy-policy/)

**Exhibit  2**

EXHIBIT "3"

Trademark Electronic Search System (TESS)                                    Page 1 of 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 5 03:21:02 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [      ]  OR  Jump  to record: [      ]  **Record 2 out of 3**

**TSDR** | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# HELP ME SEE

| | |
|---|---|
| **Word Mark** | HELP ME SEE |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Eye testing machines and apparatus |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86661947 |
| **Filing Date** | June 14, 2015 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Help Me See Better, Inc. CORPORATION CALIFORNIA www.hmsb.org 518 Kinross Ct Sunnyvale CALIFORNIA 940874615 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit** 3

EXHIBIT "4"

Trademark Electronic Search System (TESS)                                    Page 1 of 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 5 03:21:02 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]  OR  Jump   to record: [          ]   **Record 1 out of 3**

| TSDR | ASSIGN STATUS | TTAB STATUS |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Help Me See Better

| | |
|---|---|
| **Word Mark** | HELP ME SEE BETTER |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Eye testing machines and apparatus |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86566824 |
| **Filing Date** | March 17, 2015 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 11, 2015 |
| **Owner** | (APPLICANT) QuickCycle Consulting, LLC LIMITED LIABILITY COMPANY CALIFORNIA 518 Kinross Ct. Sunnyvale CALIFORNIA 94087 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit 4**

# EXHIBIT "5"



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



*Electronic System for Trademark Trials and Appeals*

# Receipt

**Your submission has been received by the USPTO.**
**The content of your submission is listed below.**
**You may print a copy of this receipt for your records.**

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA694492** |
| Filing date: | **09/09/2015** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Help Me See Inc. | | |
|---|---|---|---|
| **Entity** | Corporation | **Citizenship** | Delaware |
| **Address** | 20 West 36th Street, Floor 4<br>New York, NY 10018-8005<br>UNITED STATES | | |

| | |
|---|---|
| **Attorney information** | Frank J. Colucci<br>Colucci & Umans<br>218 East 50th Street<br>New York, NY 10022<br>UNITED STATES<br>email@colucci-umans.com Phone:212-935-5700 |

## Applicant Information

| Application No | 86566824 | **Publication date** | 08/11/2015 |
|---|---|---|---|

**Exhibit** *5*

| Opposition Filing Date | 09/09/2015 | Opposition Period Ends | 09/10/2015 |
|---|---|---|---|
| Applicant | QuickCycle Consulting, LLC<br>518 Kinross Ct.<br>Sunnyvale, CA 94087<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| |
|---|
| Class 010. First Use: 0 First Use In Commerce: 0<br>All goods and services in the class are opposed, namely: Eye testing machines and apparatus |

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Mark Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 4436009 | Application Date | 04/01/2013 |
|---|---|---|---|
| Registration Date | 11/19/2013 | Foreign Priority Date | NONE |
| Word Mark | HELP ME SEE HELPING THE BLIND SEE. | | |
| Design Mark | 85892005#TMSN.png | | |
| Description of Mark | The mark consists of the words "help mesee" with a smiley face image which utilizes the "ee" portion of the word "see"above a smile shaped line along with the words "helping the blind see.". | | |
| Goods/Services | Class 041. First use: First Use: 2010/08/18 First Use In Commerce: 2010/08/18<br>educational services in the field of vision correction, namely, the standardized training of medical professionals for clinics and treatment programs<br>Class 044. First use: First Use: 2010/08/18 First Use In Commerce: 2010/08/18<br>charitable services in the field of vision correction, namely, the arrangement of vision correction services to individuals in need by trained third party medical professionals | | |

Exhibit 5

| Attachments | 85892005#TMSN.png( bytes ) <br> HelpMeSeeOpposition.pdf(156860 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /frank j. colucci/ |
| --- | --- |
| Name | Frank J. Colucci |
| Date | 09/09/2015 |

## **Return to ESTTA home page**    **Start another ESTTA filing**

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit 5



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## *Electronic System for Trademark Trials and Appeals*

Notice of Opposition.
Navigation: Add/Modify - Related - Correspondence - GroundsUS - Pleaded Mark(s) - Pleading - Service - Sign - Validate

ESTTA v.3.3
PTO-2120 (Exp. 05/31/2017)
OMB No. 0651-0040 (Exp. 05/31/2017)

# Validate

**Review the information below and click on the "to proceed with payment" button if the information is correct. If you need to edit any information, go back to proper screen using navigation facilities on this web page and make your correction(s).**
**DO NOT USE THE BACK BUTTON ON YOUR BROWSER.**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | Help Me See Inc. | | |
|---|---|---|---|
| **Entity** | Corporation | **Citizenship** | Delaware |
| **Address** | 20 West 36th Street, Floor 4<br>New York, NY 10018-8005<br>UNITED STATES | | |

| **Attorney information** | Frank J. Colucci<br>Colucci & Umans<br>218 East 50th Street<br>New York, NY 10022<br>UNITED STATES<br>email@colucci-umans.com Phone:212-935-5700 |
|---|---|

## Applicant Information

| **Application No** | 86566824 | **Publication date** | 08/11/2015 |
|---|---|---|---|
| **Opposition** | | **Opposition** | |

Exhibit 5

| Filing Date | Not assigned yet | Period Ends | 09/10/2015 |
|---|---|---|---|
| Applicant | QuickCycle Consulting, LLC<br>518 Kinross Ct.<br>Sunnyvale, CA 94087<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

Class 010. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Eye testing machines and apparatus

## Grounds for Opposition

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Dilution | Trademark Act section 43(c) |

## Mark Cited by Opposer as Basis for Opposition

| U.S. Registration No. | 4436009 | Application Date | 04/01/2013 |
|---|---|---|---|
| Registration Date | 11/19/2013 | Foreign Priority Date | NONE |
| Word Mark | HELP ME SEE HELPING THE BLIND SEE. | | |
| Design Mark | 85892005#TMSN.png | | |
| Description of Mark | The mark consists of the words "help mesee" with a smiley face image which utilizes the "ee" portion of the word "see"above a smile shaped line along with the words "helping the blind see.". | | |
| Goods/Services | Class 041. First use: First Use: 2010/08/18 First Use In Commerce: 2010/08/18<br>educational services in the field of vision correction, namely, the standardized training of medical professionals for clinics and treatment programs<br>Class 044. First use: First Use: 2010/08/18 First Use In Commerce: 2010/08/18<br>charitable services in the field of vision correction, namely, the arrangement of vision correction services to individuals in need by trained third party medical professionals | | |

Exhibit  5

| Attachments | 85892005#TMSN.png( bytes )<br>HelpMeSeeOpposition.pdf(156860 bytes ) |
| --- | --- |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /frank j. colucci/ |
| --- | --- |
| Name | Frank J. Colucci |
| Date | 09/09/2015 |

| Fee calculated according to USPTO fee table | | |
| --- | --- | --- |
| Fee code | 7402 | |
| amount | 300.00 | |
| description | Notice of Opposition, per Class, Electronically Filed | |
| Serial # 86566824 | # of Classes | 1 |
| Total | 300.00 | |

[ Go to Payment screen ]   [ Back ]   [ Cancel ]

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

09/09/2015 08:47 AM EDT

Exhibit 5

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of Application Serial No. 86/566,824
For the Mark: HELP ME SEE BETTER
Published in the Official Gazette on August 11, 2015

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HELP ME SEE INC.,

                        Opposer,       :          Opposition No.

                                     :

          v.

                                     :

QUICKCYCLE CONSULTING, LLC,
                           Applicant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF OPPOSITION

       Help Me See Inc. (herein "Opposer") a corporation organized under the

laws of the State of Delaware, having its principal office and place of business at 20

West 36th Street, Floor 4, New York, New York 10018-8005 believes that it will be

damaged by registration of the designation HELP ME SEE BETTER as shown in

Application Serial No. 86/566,824, filed March 17, 2015, published in the Official

Gazette of August 11, 2015 for the goods set forth therein, namely, "eye testing

machines and apparatus" in International Class 10 ("Applicant's Goods"), and hereby

opposes the same.

       As grounds of opposition, it is averred that:

       1.     QuickCycle Consulting, LLC (herein "Applicant"), having the address

of record of 518 Kinross Court, Sunnyvale, California 94087, is not now and never was

entitled to register as a trademark the designation HELP ME SEE BETTER for which it

**Exhibit** *5*

seeks registration in its Application Serial No. 86/566,824, filed March 17, 2015,

published in the Official Gazette of August 11, 2015, for Applicant's Goods.

    2.     Applicant is not entitled to use or register as a trademark the

designation HELP ME SEE BETTER for which it seeks registration in its Application

Serial No. 86/566,824, either on March 17, 2015, the date of filing of said application, or

on August 11, 2015, the date of publication thereof in the Official Gazette.

    3.     Opposer, Help Me See Inc., is the owner of United States

Registration No. 4,436,009 of its mark HELP ME SEE and Design HELPING THE

BLIND SEE., as shown below, for educational services in the field of vision correction,

namely, the standardized training of medical professionals for clinics and treatment

programs in International Class 41 and charitable services in the field of vision

correction, namely, the arrangement of vision correction services to individuals in need

by trained third party medical professionals in International Class 44 (herein "Opposer's

Services").



HelpMeSee

Helping the blind see.

    4.     Since long prior to Applicant's adoption and use of HELP ME SEE

BETTER, Opposer has been continuously and now is advertising and promoting in

interstate commerce throughout the United States use of its mark HELP ME SEE and

Design HELPING THE BLIND SEE. for Opposer's Services in the filed of vision

correction.

    5.     Upon the introduction of Opposer's mark HELP ME SEE and

Design HELPING THE BLIND SEE. on the market, and continuously thereafter, it has

become and is now widely known and recognized by the public and the trade as the

Exhibit 5

means by which Opposer and its services in the field of vision correction are distinguished, and their source and origin identified.

6. Upon information and belief from Applicant's application and Applicant's website www.hmsb.org, it appears that Applicant may have and/or is in the process of commencing use of HELP ME SEE BETTER in connection with eye testing machines and apparatus. As a result, Opposer's mark HELP ME SEE and Design HELPING THE BLIND SEE. has priority over Applicant's claim to HELP ME SEE BETTER.

7. Applicant's adoption and/or intended use of the designation HELP ME SEE BETTER is without license or permission of Opposer.

## Count I - Likelihood of Confusion

8. Opposer re-alleges the allegations set forth in paragraphs 1 through 7 inclusive of this Notice of Opposition as if more fully set forth herein again.

9. There are no restrictions on Applicant's goods, which may be offered and/or the trade channels through which they may be offered. Applicant's goods therefore are so closely related to Opposer's educational services in the field of vision correction and its sales thereof, are likely to be to the same class of purchasers, and are likely to be offered for sale through the same or similar channels of trade.

10. The designation Applicant seeks to register, namely, HELP ME SEE BETTER, so resembles Opposer's mark HELP ME SEE and Design HELPING THE BLIND SEE., as to be likely, when applied to Applicant's Goods, to cause confusion or mistake or to deceive persons by creating the erroneous impression that Applicant's Goods originate with, or come from the same source as Opposer's services, or are endorsed by, or are sponsored by, or are connected in some way with Opposer, and the registration thereof would be injurious to Opposer.

Exhibit 5

**Count II - Dilution**

11.     Opposer re-alleges the allegations set forth in paragraphs 1 through 10 inclusive of this Notice of Opposition as if more fully set forth herein again.

12.     As a result of Opposer's long and continuous use and registration of its mark HELP ME SEE and Design HELPING THE BLIND SEE., the extensive advertising and promotion of its services nationwide, its trademark has become a well-known and famous mark, representing goodwill of inestimable value to Opposer.

13.     Applicant's use and registration of the designation HELP ME SEE BETTER is likely to, and will dilute, blur and erode the distinctiveness of Opposer's mark HELP ME SEE and Design HELPING THE BLIND SEE., and/or damage the goodwill associated with Opposer's mark.

14.     This Notice of Opposition is filed herewith in duplicate and accompanied by the required fee of $300.00 [37 C.F.R. 2.6(1)].

**Conclusion**

WHEREFORE, Opposer requests that its opposition be sustained and that registration of the designation HELP ME SEE BETTER to Applicant be refused and denied, and/or that the Board grant to Opposer such other and/or further relief as the Board may deem just and proper.

Dated:     New York, New York
             September 8, 2015

                    COLUCCI & UMANS

                    By: *Frank J. Colucci*
                    Frank J. Colucci
                    Attorneys for Opposer
                    218 East 50th Street
                    New York, New York 10022
                    Telephone: (212) 935-5700
                    Facsimile: (212) 935-5728
                    Email:  email@colucci-umans.com

4

**Exhibit** *5*

### CERTIFICATE OF SERVICE

It is s hereby certified that a copy of the foregoing "Notice of Opposition", which was electronically filed ESTTA has been forwarded via First Class, postage prepaid to Applicant, QuickCycle Consulting, LLC at 518 Kinross Court, Sunnyvale, California 94087 this 8th day of September , 2015.

*Frank J. Colucci*

**Exhibit** *5*